

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Wayne M. English and James D. Colling v. Costa Bajjali

Appellate case number:   01-17-00093-CV

Trial court case number:  2016-01849

Trial court:             165th District Court of Harris County

      The motion for rehearing, filed by Wayne M. English and James D. Colling, is DENIED.

      It is so ORDERED.

Judge's signature: <u>/s/ Laura C. Higley</u>
                    Acting for the Court

Panel consists of Justices Higley, Massengale, and Lloyd.

Date:  <u>February 15, 2018</u>